UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. |
| ) | |
| v. ) | (Related to Cr. No. 03-240) |
| ) | |
| THOMAS M. BURTOFT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| MERRILL LYNCH, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on March 11, 2005, against the Defendant in the above-cited action, Thomas M. Burtoft, Social Security Number XXX-XX-0979, whose last known address is XXXXXXXXXXX, Bowling Green, KY.

The total balance due on the Judgment as of April 28, 2016, is $4,499,990.29.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant, including but not limited to: Merrill Lynch IRA Account No. XXX-X0344. The United States also believes the Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is Merrill Lynch, 340 East Main Street, Bowling Green, KY 42101.

                                        Respectfully submitted,

                                        DAVID J. HICKTON
                                        United States Attorney

                                        s/David Lew
                                        DAVID LEW
                                        Assistant U.S. Attorney
                                        Counsel for Plaintiff
                                        U.S. Post Office & Courthouse
                                        700 Grant Street, Suite 4000
                                        Pittsburgh, PA  15219
                                        (412) 894-7482
                                        (412) 644-5870 - fax
                                        david.lew@usdoj.gov
                                        PA ID#320338 (ss)